\*\*\*     FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER     \*\*\*

**Electronically Filed
Supreme Court
SCAP-15-0000084
09-NOV-2016
10:17 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---oOo---

JAMES DANNENBERG, BILLY SOUTHWOOD, VALERIE YAMADA SOUTHWOOD,
DUANE PREBLE, and SARAH PREBLE, individually
and on behalf of all others similarly situated,
Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

STATE OF HAWAI'I, HAWAI'I EMPLOYER-UNION
HEALTH TRUST FUND, BOARD OF TRUSTEES OF THE
HAWAI'I EMPLOYER-UNION HEALTH BENEFITS TRUST FUND,
Petitioners/Defendants-Appellees/Cross-Appellants,

and

COUNTY OF KAUA'I, CITY AND COUNTY OF HONOLULU,
COUNTY OF MAUI, COUNTY OF HAWAI'I,
Respondents/Defendants-Appellees.

SCAP-15-0000084

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000084; CIV. NO. 06-1-1141)

NOVEMBER 9, 2016

INTERMEDIATE COURT OF APPEALS ASSOCIATE JUDGE LEONARD,
ACTING C.J., CIRCUIT COURT JUDGES HARA, CAHILL, KURIYAMA, AND
CRABTREE IN PLACE OF NAKAYAMA, MCKENNA, POLLACK, AND WILSON, JJ.,
RECUSED, AND CIRCUIT COURT JUDGE ALM, RECUSED, PREVIOUSLY
ASSIGNED IN PLACE OF RECKTENWALD, C.J., RECUSED

ORDER DENYING STATE DEFENDANTS'
MOTION FOR RECONSIDERATION OR CLARIFICATION

Upon consideration of the October 31, 2016 Motion for Reconsideration or Clarification filed by Defendants-Appellees/Cross-Appellants State of Hawaiʻi, Hawaiʻi Employer-Union Health Benefits Trust Fund, Board of Trustees of the Hawaiʻi Employer-Union Health Benefits Trust Fund (**State Defendants**), and the records and files herein,

IT IS HEREBY ORDERED that State Defendants' Motion for Reconsideration or Clarification is denied.

On the motion:

| | |
|---|---|
| Deirdre Marie-Iha<br>Donna H. Kalama<br>Deputy Attorneys General<br>Department of the Attorney General<br>for Defendants-Appellees/<br>  Cross-Appellants | /s/ Katherine G. Leonard<br><br>/s/ Glenn S. Hara<br><br>/s/ Peter T. Cahill<br><br>/s/ Christine E. Kuriyama<br><br>/s/ Jeffrey P. Crabtree |